IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MUJKIC ENVER,

    Plaintiff,                         CIV S-05-1111 CMK

    vs.

JO ANNE B. BARNHART,             ORDER & FINDINGS AND
                                                        RECOMMENDATIONS
Commissioner of Social Security,

    Defendant.

_____/

        Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        Pursuant to 28 U.S.C. 1915(e)(2) the court shall dismiss a case at any time if the action is frivolous or malicious or fails to state a claim upon which relief can be granted. Plaintiff has made conclusory allegations which do not pertain to the denial of social security benefits.

        In accordance with the above, IT IS HEREBY ORDERED that plaintiff's request to proceed in forma pauperis is granted.

1

Additionally, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Y1st, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 8, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE