IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUJKIC ENVER,<br><br>    Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | No. CIV S-05-1111-DFL-CMK<br><br><br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS |

      Plaintiff, who is proceeding pro se and in forma pauperis, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On August 10, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 20 days. Plaintiff has filed objections to the findings and recommendations.

/ / /

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2  304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire
3  file, the court finds the findings and recommendations to be supported by the record and by proper
4  analysis.
5    Accordingly, IT IS HEREBY ORDERED that:
6    1.   The findings and recommendations filed August 10, 2005, are adopted in
7  full;
8    2.   This action is dismissed without prejudice; and
9    3.   The Clerk of the Court is directed to enter judgment and close this file.

11  DATED: 10/21/2005

_____
DAVID F. LEVI
United States District Judge